No. 82–6424.   GARCIA v. NEW MEXICO.   Sup. Ct. N. M.;
No. 82–6466.   RUIZ v. ILLINOIS.   Sup. Ct. Ill.; and
No. 82–6579.   TURNER v. MORRIS, SUPERINTENDENT, MECKLENBURG CORRECTIONAL CENTER.   Sup. Ct. Va. Certiorari denied.   Reported below: No. 82–6424, 99 N. M. 771, 664 P. 2d 969; No. 82–6466, 94 Ill. 2d 245, 447 N. E. 2d 148.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 82–6686 (A–955).   CHANEY v. OKLAHOMA.   Ct. Crim. App. Okla.   Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.   JUSTICE BRENNAN would grant the application.   Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 81–1120.   UNITED STATES ET AL. v. RYLANDER ET AL., 460 U. S. 752;
No. 82–1429.   TROUT v. LEHMAN, SECRETARY OF THE NAVY, ET AL., 460 U. S. 1085;
No. 82–1467.   FROST v. UNITED STATES, 460 U. S. 1070;
No. 82–1550.   MASON ET AL. v. PANAMA CANAL CO. ET AL., 460 U. S. 1086; and
No. 82–6210.   BURDEN v. GEORGIA, 460 U. S. 1103.   Petitions for rehearing denied.